**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Willard Morago, Jr.,<br><br>Defendant. | No. CR-13-1361-PHX-GMS<br><br>**DETENTION ORDER** |

On March 6, 2014, defendant Willard Morago, Jr. appeared before this Court on a warrant issued for failure to appear in court and submitted the issue of detention to the Court. The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant violated the conditions of release by failing to appear for his scheduled court appearance on December 3, 2013 and that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 6th day of March, 2014.

_____
David K. Duncan
United States Magistrate Judge